IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| LARRY ARCHER & ASSOCIATES, INC., | * |
| d/b/a ARCHER & ASSOCIATES, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 3:11CV00122 SWW |
| | * |
| COWBOY ENERGY SERVICES, INC., | * |
| AN ARKANSAS CORPORATION, | * |
| | * |
| Defendant. | * |

**Order of Dismissal**

Pursuant to the stipulation filed by the parties stating that this cause of action should be dismissed,

IT IS THEREFORE ORDERED that all claims and counterclaims in this cause of action hereby are dismissed with prejudice, each side to bear its own fees and costs.

DATED this 20th day of August, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE